IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT KREHNBRINK, et. al.,

    Plaintiff(s),

vs.

UPCOUNTRY PRODUCTS, LTD., et. al.,

    Defendant(s).

Case Number: 1:08cv541

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on September 14, 2009 (Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 2, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiffs have presented no claims wherein federal jurisdiction is asserted. This case is **DISMISSED** for lack of subject matter jurisdiction, leaving plaintiffs free to assert their claims in a state court.

IT IS SO ORDERED.

_/s/ Susan J. Dlott_
Chief Judge Susan J. Dlott
United States District Court